**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ANMOL SINGH** | **CASE NO. 2:26-cv-02827** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MARKWAYNE MULLIN ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by Petitioner Anmol Singh ("Petitioner") an immigration detainee at the Allen Parish Public Safety Complex in Oberlin, Louisiana.

To determine whether Petitioner is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, **THE CLERK IS DIRECTED** to serve a copy of the Petition (ECF No. 1) and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

**IT IS ORDERED** that a response to the Petition be filed within 60 days after electronic service of the Petition and this Order, with supporting summary judgment evidence.

**IT IS FURTHER ORDERED** that Petitioner shall have 21 days to reply.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

**SO ORDERED** at Lake Charles, Louisiana, this 18th day of August, 2026.

**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**